## United States Bankruptcy Court
### District of Delaware

In re    Converting Solutions, LP _____,     Case No. _____

Debtor

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Conex Executives, LLC<br>200 Locust Street<br>Philadelphia, PA 19106 | | | 1.00% |
| Darryl Cutler<br>924 Roscommon Road<br>Bryn Mawr, PA 19010 | | | 47.06% |
| David Seltzer Trust<br>1250 Greenwood Avenue<br>Jenkintown, PA 19046 | | | 1.18% |
| Eric H. Seltzer Irrevocable Trust<br>P.O. Box 325<br>Fort Washington, PA 19034 | | | 9.73% |
| Eric Seltzer<br>1250 Greenwood Avenue<br>Jenkintown, PA 19046 | | | 4.84% |
| Gerald Broker<br>200 Locust Street<br>Philadelphia, PA 19106 | | | 2.79% |
| James Connolly<br>1508 Lncoln Road<br>Oreland, PA 19075 | | | 2.79% |
| Jon Weiswasser<br>1577 Hagys Ford Road<br>Narberth, PA 19072 | | | 7.49% |
| Kenneth Safarowic<br>1510 Limekiln Pike<br>Dresher, PA 19025 | | | 1.97% |
| Leonard Pavel<br>247 Winding Way<br>Merion Station, PA 19066 | | | 2.36% |
| Mark Fishman<br>848 Roscommon Road<br>Bryn Mawr, PA 19010 | | | 5.00% |

    1    continuation sheets attached to List of Equity Security Holders

In re   **Converting Solutions, LP**                                                          Case No. _____
                        _____,
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Matthew Henning<br>2053 Edgehill Drive<br>Furlong, PA 18925 | | | 2.79% |
| Sterling Trust Co., Custodian Earl Broker<br>2301 Evesham Road<br>Voorhees, NJ 08043 | | | 11.00% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Conex Executive, LLC, General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___7/04/2011___                        Signature_____
                                                         Eric Seltzer
                                                         President of Conex Executive, LLC, General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders