# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re** | : | Chapter 11 |
| | : | |
| **CONVERTING SOLUTIONS, L.P.,** | : | |
| | : | |
| Debtor. | : | Case No. 11-12122(MFW) |
| | : | |

## AFFIDAVIT OF ERIC SELTZER IN SUPPORT OF FIRST DAY MOTIONS

I, Eric Seltzer, declare as follows:

1. I am the President of Conex Executive, LLC, the general partner of Converting Solutions, LP (the "Debtor") and also a limited partner of the Debtor. I am duly authorized to make this Declaration on behalf of the Debtor.

2. In my aforementioned capacity, with the assistance of the Debtor's other management, I presently am involved on a day-to-day basis with all aspects of the Debtor's reorganizational affairs, including business operations, strategic planning, financial reporting, human resources, legal affairs, and other management activities, including the Debtor's efforts to address its current financial difficulties.

3. As a consequence of my position with the Debtor, I have reviewed and worked extensively with the books and records of the Debtor, including its, financial statements and projections, contracts and other legal documents, correspondence, and other business records. On a regular basis, I participate in negotiations with lenders, vendors and other creditors of the Debtor, and work closely with personnel from all aspects of the Debtor's business operations to assist in the management of the Debtor's affairs.

4. Based upon all of the foregoing, I have developed an intimate familiarity with: (i) the Debtor's books and records, (ii) the Debtor's business and financial history, and its

current business and financial situation, and (iii) the financial and operational details of the Debtor's business operations.

5. I submit this Declaration in support of the "first day" motions and applications (collectively, the "First Day Motions") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") in the Debtor's Chapter 11 case. I am familiar with the contents of each of the First Day Motions (including the exhibits submitted therewith) and I believe each of the First Day Motions is (a) necessary to enable the Debtor to effectively operate in Chapter 11 with minimum disruption and (b) is in the best interests of the Debtor's estate, creditors and interest holders.

## BACKGROUND

6. On July 4, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended or modified, the "Bankruptcy Code").

7. The Debtor is operating its business and managing its affairs as a debtor in possession pursuant to Bankruptcy Code Sections 1107 and 1108.

8. The Debtor operates a paper conversion business where it processes paper products and then sells such finished products to end users.

9. The Debtor leases its corporate office space in New Castle, Delaware and employs 33 individuals.

10. The Debtor is indebted to FirstTrust Bank in the approximate amount of $680,000.00, which debt is secured by the Debtor's assets. The Debtor is further indebted to the Delaware Economic Development Authority in the amount of $300,000.00.

11. As reflected on the Debtor's schedules, without consideration of whether any

claims are contingent, unliquidated or disputed, the Debtor has unsecured debt in the amount $2,572,719.19 as of the Petition Date.

12. The Debtor decided that it needed to seek protection from this Court because it was unable to continue to make both amortized payments to its secured creditors and periodic payments to a prior landlord that had obtained a pre-Petition Date judgment against the Debtor and stated its intention to execute on that judgment, while continuing to operate its business in the ordinary course.

## FIRST DAY MOTIONS AND APPLICATIONS

13. The Debtor has filed the following First Day Motions and Applications:

   a. Motion Of Debtor Pursuant to Sections 105(a) And 363(b) of the Bankruptcy Code for an Order (I) Authorizing Payment of Prepetition Wages, Compensation, and Employee Benefits (II) Authorizing Debtor to Pay Withholding Taxes; and (III) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations;

   b. Motion for an Order Approving Stipulation Regarding Interim Use of Cash Collateral Pursuant to 11 U.S.C. §363, Bankruptcy Rule 4001(d) and 9014 and Local Bankruptcy Rule 4001-2;

   c. Motion of the Debtor Pursuant to Sections 105(a) and 366 of Title 11 of the Bankruptcy Code, for an Interim Order: (i) Prohibiting the Utility Companies from Altering, Refusing or Discontinuing Service; (ii) Deeming the Utility Companies to be Adequately Assured of Future Payment and; (iii) Establishing Procedures Determining Additional Assurance of Payment;

   d. Motion of Debtor and Debtor in Possession for Order Authorizing the Payment of Certain Prepetition Claims of Critical Vendors in the Ordinary Course of

Business; and

e. Application of Debtor, Converting Solutions, LP for Authority to Employ Weir & Partners LLP as Debtor's Counsel Pursuant to 11 U.S.C. §327.

14. I have reviewed and approved as accurate the statements made in support of each of the aforementioned motions and application, the contents of which I incorporate herein by reference in support hereof.

15. I believe that the reasons stated in each of the aforementioned motions and application in support of the relief requested therein constitutes a sufficient basis for the relief requested and I further state my belief that the relief requested in the aforementioned motions and application is appropriate, necessary and in the best interest of the Debtor, its estate, creditors and parties in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of July, 2011

_____
Eric Seltzer

Sworn to and
subscribed before me
this 4th day of July, 2011.
[Notary signature]

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Sharon L. Morris, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 26, 2014
Member, Pennsylvania Association of Notaries

382239-1