In re    **Converting Solutions, LP**                         Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Converting Solutions, LP**        Case No. _____

_____ ,

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Trust**<br>**1931 Cottman Avenue**<br>**Philadelphia, PA 19111**<br>**Operating Account No. xxxxx1020** | - | 0.00 |
| | | **Firstrust**<br>**1931 Cottman Avenue**<br>**Philadelphia, PA 19111**<br>**Payroll Account #xxxxxx8214** | - | 166.05 |
| | | **WSFS Bank**<br>**500 Delaware Avenue**<br>**Wilmington, DE 19801**<br>**Operating Account #xxxxx8861** | - | 7,643.41 |
| | | **WSFS Bank**<br>**500 Delaware Avenue**<br>**Wilmington, DE 19801**<br>**Payroll Account #xxxxx4502** | - | 31,084.96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit**<br>**Centerpoint 550, LLC**<br>**1201 North Market Street, Suite 400**<br>**Wilmnington, DE 19801** | - | 75,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >      **113,894.42**
(Total of this page)

___**5**___ continuation sheets attached to the Schedule of Personal Property

In re    **Converting Solutions, LP**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Outstanding Accounts Receivable** | - | 305,350.39 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Pennsylvania Department of Revenue Tax Refund** | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      305,350.39
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **Converting Solutions, LP**                             ,    Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims for setoff against DCI, Inc.** | - | 500,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment and Furnishings, including Computers** | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1970 Radia Arm Saw Model 67** | - | 1,050.00 |
| | | **1980 Band Saw Model 8M** | - | 1,425.00 |
| | | **2000 Palet Jack Model PTW40** | - | 900.00 |
| | | **2004 Palet Jack Model: WYOXT** | - | 2,200.00 |

Sub-Total >     510,575.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re    **Converting Solutions, LP**                   Case No. _____

                                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1991  Skid Wrapper** <br> **Model: CEG4** | - | 6,500.00 |
| | | **2007 Skid Wrapper** <br> **Model: S-3000** | - | 11,900.00 |
| | | **1982 Roll Wrapper** | - | 65,000.00 |
| | | **2007 RollWrapper** <br> **Model: 11609** | - | 39,000.00 |
| | | **2007 Scrubber** <br> **Model: 3800** | - | 5,025.00 |
| | | **2003 Genie High Reach** <br> **Model: GS2646** | - | 6,800.00 |
| | | **2000 Horizontal Baler** <br> **Model: 5143** | - | 32,000.00 |
| | | **1994 Horizontal Baler** <br> **Model: 30** | - | 26,000.00 |
| | | **1997 Horizontal Baler** <br> **Model: 72** | - | 32,000.00 |
| | | **1980 Trimmer** <br> **Model: CFF-S** | - | 9,500.00 |
| | | **1974 Down Stroke** <br> **Model: 600** | - | 7,500.00 |
| | | **1998 Baler** <br> **Model: 3400HDLH** | - | 32,000.00 |
| | | **1998 Baler,** <br> **Model: MP60** | - | 32,000.00 |
| | | **1999 Fork Lift** <br> **Model: S120XLS** | - | 11,000.00 |
| | | **2009 Fork Lift** <br> **Model: 600CGH-16** | - | 17,500.00 |
| | | **2002 ForkLift** <br> **Model: GTC155CANGBE** | - | 12,900.00 |
| | | **2002 Fork Lift** <br> **Model: 580XLBCS2** | - | 17,000.00 |

                                                       Sub-Total >     **363,625.00**
                                                   (Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **Converting Solutions, LP**          ,    Case No. _____
_____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2009 Fork Lift**<br>**Model: 500CG-16** | - | 17,500.00 |
| | | **2002 Fork Lift**<br>**Model: G1C1220MJNGA** | - | 12,900.00 |
| | | **2009 Fork Lift**<br>**Model: 500GC-16** | - | 17,500.00 |
| | | **Clamps**<br>**Model: 90-RCF-03CR2** | - | 8,500.00 |
| | | **Clamps**<br>**Model: 45F-RC-03B** | - | 8,500.00 |
| | | **Clamps**<br>**Model: 90F-RC** | - | 8,500.00 |
| | | **1971/2001 Slitter/Rewinder**<br>**Model: 303** | - | 152,000.00 |
| | | **2006 Unwind**<br>**Model: HSFP** | - | 28,100.00 |
| | | **1991 Slitter/Rewinder**<br>**Model: RDM-104/60** | - | 80,000.00 |
| | | **2006 Sheetwizard** | - | 416,000.00 |
| | | **2008 Sheetwizard** | - | 442,000.00 |
| | | **2006 Mettler Toledo Industrial Scale** | - | 3,760.00 |
| | | **2006 Industrial Technologies Scale** | - | 5,400.00 |
| | | **120 Industrial Racking Units** | - | 75,000.00 |
| | | **Miscellaneous Hand Tools, Welders, Shelves, Shop Vacs, Work Benches, Work Supplies, Tool Boxes, Saws, Spooling Tools, Vises, Jacks, Tooling Equipment and Miscellaneous Shop Equipment** | - | 25,000.00 |
| | | **2009 Fork Lift**<br>**Model: 500cg-16** | - | 17,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >     1,318,160.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re    **Converting Solutions, LP**                                    Case No. _____
_____,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        2,611,604.81

Sheet   **5**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Converting Solutions, LP**        Case No. _____

                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property        (Report also on Summary of Schedules)

In re   **Converting Solutions, LP**                           Case No. _____

_____,

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Crown Credit Company** <br> **P.O. Box 640352** <br> **Cincinnati, OH 45264** | | - | | | **2009 Fork Lift** <br> **Model: 500GC-16** <br><br><br> Value $     17,500.00 | | | | 1,400.00 | 0.00 |
| Account No. <br><br> **Delaware Economic Development Office** <br> **99 Kings Highway** <br> **Dover, DE 19901** | X | - | | | <br><br><br> Value $     1,997,710.39 | | | | 350,000.00 | 0.00 |
| Account No. **Loan No. 11421-5104477** <br><br> **Firstrust Bank** <br> **1931 Cottman Avenue** <br> **Philadelphia, PA 19111** | X | - | | | **Line of Credit** <br><br> **All inventory, Chattel Paper, Accounts, Equipment, Furniture, Machinery and General Intangibles of Debtor** <br><br> Value $     1,997,710.39 | | | | 686,250.00 | 0.00 |
| Account No. <br><br> **People's Capital and Leasing Corp.** <br> **255 Bank Street, 4th Floor** <br> **ME 04602** | | - | | | **2008 Sheetwizard** <br><br><br> Value $     442,000.00 | X | X | | Unknown | Unknown |

|  |  |  |
|---|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) | 1,037,650.00 | 0.00 |
| | Total <br> (Report on Summary of Schedules) | 1,037,650.00 | 0.00 |

In re   **Converting Solutions, LP**                       ,       Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**6** continuation sheets attached

In re  **Converting Solutions, LP**                                    Case No. _____

_____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Alejandro Castro 347E. Moore Street Norristown, PA 19401 | | - | Earnings | | | | 370.13 | 0.00 | 370.13 |
| **Account No.** | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Audel Palma-Guzman 44 E. Chestnut Street Norristown, PA 19401 | | | Earnings | | | | 541.94 | 0.00 | 541.94 |
| **Account No.** | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Carlos Dolores 23 W. Airy Street, #2 Norristown, PA 19401 | | - | Earnings | | | | 498.75 | 0.00 | 498.75 |
| **Account No.** | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Chris Eiserman 62 High Street Sharon Hill, PA 19079 | | - | earnings | | | | 700.00 | 0.00 | 700.00 |
| **Account No.** | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Daniel Flores 3900D Lancaster Pike Wilmington, DE 19805 | | - | Earnings | | | | 440.00 | 0.00 | 440.00 |

Sheet **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
|  | (Total of this page) | 2,550.82 | 2,550.82 |

In re __Converting Solutions, LP_____,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Daniel Hernandez 122 Elm Street Norristown, PA 19401 | - | | | Earnings | | | | 1,033.06 | 0.00 / 1,033.06 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Eduardo Hernandez 552 George Street Norristown, PA 19401 | - | | | Earnings | | | | 973.38 | 0.00 / 973.38 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Federico Castro 213 Chestnut Street Norristown, PA 19401 | - | | | Earnings | | | | 510.22 | 0.00 / 510.22 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Francisco Ramirez 114 W. Elm Street Norristown, PA 19401 | - | | | Earnings | | | | 590.00 | 0.00 / 590.00 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Isidro Ramirez 668 Kohn Street Norristown, PA 19401 | - | | | Earnings | | | | 882.13 | 0.00 / 882.13 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
3,988.79     3,988.79

In re    **Converting Solutions, LP**                                    Case No. _____
                                                  ,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Jacob Cuba 705 Robinson Ct. 3-B Wilmington, DE 19805 | - | | | | Earnings | | | | | 0.00 | |
| | | | | | | | | | 636.00 | | 636.00 |
| Account No. | | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| James H. Wyatt 122 Stratford Avenue Clifton Heights, PA 19018 | - | | | | Earnings | | | | | 0.00 | |
| | | | | | | | | | 600.00 | | 600.00 |
| Account No. | | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Javier Martinez 647 Kohn Street Apt. 1 Norristown, PA 19401 | - | | | | Earnings | | | | | 0.00 | |
| | | | | | | | | | 823.38 | | 823.38 |
| Account No. | | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Jeffrey Harmon 614 Maddock Street Crum Lynne, PA 19022 | - | | | | Earnings | | | | | 0.00 | |
| | | | | | | | | | 576.00 | | 576.00 |
| Account No. | | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Jesuz Gomez 123 W. Airy Street Norristown, PA 19401 | - | | | | Earnings | | | | | 0.00 | |
| | | | | | | | | | 1,674.50 | | 1,674.50 |

Sheet  **3**   of **6**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 4,309.88 | | 4,309.88 |

In re  **Converting Solutions, LP**                                    Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| **Account No.** | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| John Waterman 2901 Northeast Blvd. Wilmington, DE 19802 | - | | | Earnings | | | | | 0.00 | |
| | | | | | | | | 412.13 | | 412.13 |
| **Account No.** | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Jose Ramos Andrade 815 Green Street Norristown, PA 19401 | - | | | Earnings | | | | | 0.00 | |
| | | | | | | | | 480.00 | | 480.00 |
| **Account No.** | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Juan Carmona-Lopez 215 E. Main Street, #1 Norristown, PA 19401 | - | | | Earnings | | | | | 0.00 | |
| | | | | | | | | 467.13 | | 467.13 |
| **Account No.** | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Juan Martines 123 W. Airy Street Norristown, PA 19401 | - | | | Earnings | | | | | 0.00 | |
| | | | | | | | | 1,114.38 | | 1,114.38 |
| **Account No.** | | | | 6/25/2011 through 7/1/2011 | | | | | | |
| Kenneth Schofield 5012 Comley Street Philadelphia, PA 19135 | - | | | Earnings | | | | | 0.00 | |
| | | | | | | | | 780.88 | | 780.88 |

Sheet _4_ of _6_ continuation sheets attached to                Subtotal    | 0.00
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)   | 3,254.52 | 3,254.52

In re __Converting Solutions, LP_____      Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Luiz Fernandez 815 Green Street Norristown, PA 19401 | - | | | | | | | 510.00 | 0.00 / 510.00 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Marco Tecuapacho 2347 S. 8th Street, 2nd Floor Philadelphia, PA 19148 | - | | | Earnings | | | | 848.31 | 0.00 / 848.31 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Paulo Olea 554 E. Main Street Norristown, PA 19401 | - | | | Earnings | | | | 870.00 | 0.00 / 870.00 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Scott Shortlidge 316 Cranston Avenue Linwood, PA 19061 | - | | | Earnings | | | | 640.00 | 0.00 / 640.00 |
| Account No. | | | | 6/25/2011 through 7/1/2011 | | | | | |
| Suraj Ramadhar 1202 Knorr Street Philadelphia, PA 19111 | - | | | Earnings | | | | 776.50 | 0.00 / 776.50 |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
3,644.81 / 3,644.81

In re __Converting Solutions, LP__        Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | Unpaid taxes | | | | | | | |
| **Internal Revenue Service 600 Arch Street, Room 5200 Philadelphia, PA 19106** | - | | | | | | | 15,098.01 | |
| | | | | | | | 15,098.01 | 0.00 | |
| **Account No.** | | Penalties and Interest | | | | | | | |
| **Internal Revenue Service 600 Arch Street, Room 5200 Philadelphia, PA 19106** | - | | | | | | | 0.00 | |
| | | | | | | | 1,520.76 | 1,520.76 | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 16,618.77 | 15,098.01 |
| | | 1,520.76 |
| Total (Report on Summary of Schedules) | 34,367.59 | 15,098.01 |
| | | 19,269.58 |

In re    **Converting Solutions, LP**                                    Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| | CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | Account No. | | | 12/30/10 - 4/14/11 Business debt | | | | |
| | A&A Machinery 201 Dean Sievers Place Morrisville, PA 19067 | - | | | | | | 13,998.91 |
| | Account No. | | | 12/14/10 - 1/1/11 Business debt | | | X | |
| | Accurate Concrete Cutting P.O. Box 1192 Dover, DE 19903 | - | | | | | | 34,500.00 |
| | Account No. | | | Business debt | | | | |
| | American Conveyor Systems 1601 Harmer Street Building C Levittown, PA 19057 | - | | | | | | 6,806.50 |
| | Account No. | | | 11/4/10 - 5/13/11 Business debt | | | | |
| | American Packaging 300 S. Pennell Road Suite 100 Glen Riddle Lima, PA 19037 | - | | | | | | 7,478.31 |
| | __15__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 62,783.72 |

In re    **Converting Solutions, LP**         Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2/11/11 - 3/9/11 Business debt | | | | |
| American Tube & Paper 80 Furler Street P.O. Box 68 Totowa, NJ 07511 | - | | | | | | | | 1,775.00 |
| Account No. | | | | | Business debt | | | | |
| Archglobal Exhange LLC 309 E.Lincoln Highway, #306 Exton, PA 19341 | - | | | | | | | | 2,350.00 |
| Account No. | | | | | Business debt | | | | |
| Asphalt Striping Service of Delaware 12 Hosta Court Wilmington, DE 19808 | - | | | | | | | | 317.50 |
| Account No. | | | | | Business debt | | | | |
| Associated Machine Design P.O. Box 28045 Green Bay, WI 54324 | - | | | | | | | | 4,740.70 |
| Account No. | | | | | 5/12/10-6/16/10 Business debt | | | | |
| Brandywine Scale Co. 3477 Haddonfield Road Merchantville, NJ 08109 | - | | | | | | | | 2,066.21 |

Sheet no. __1__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
(Total of this page)      11,249.41

In re  **Converting Solutions, LP**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5/6/10-8/5/10 Business debt | | | | |
| Center for Occupational Health Crozer Keystone Services 8 Morton Avenue, Suite 206 Ridley Park, PA 19078 | - | | | | | | 182.00 |
| Account No. | | | | | | | |
| Centerpoint 550, LLC 1201 North Market Street Suite 400 Wilmington, DE 19801 | - | | | | | | 13,150.00 |
| Account No. | | | 6/5/09-7/5/09 Business debt | | | | |
| CNS Cleaning Co., Inc. 4930 Disston Street Philadelphia, PA 19135 | - | | | | | | 397.70 |
| Account No. | | | 6/3/10-12/31/10 Legal Fees | | | X | |
| Cohen,Segalis,Pallass, Greenhall & Furman, P.C. P.O. Box 59449 Philadelphia, PA 19102 | - | | | | | | 62,384.43 |
| Account No. | | | 10/13/09-8/1/10 Business debt | | | X | |
| CSX Transportation Custoemr Accounting Dept. P.O. Box 44053 Jacksonville, FL 32231 | - | | | | | | 3,240.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |   79,354.13

In re    **Converting Solutions, LP**                         Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| **DCI** **Justin K. Miller, Esquire** **Center Square West** **1500 Market Street, Suite 3510** **Philadelphia, PA 19102** | - | | | | X | X | X | 694,250.00 |
| Account No. 438126 | | | | 9/25/10-11/20/10 Business debt | | | | |
| **DeLage Landen Financial** **P.O.Box 41601** **Philadelphia, PA 19101** | - | | | | | | | 1,031.13 |
| Account No. | | | | | | | | |
| **Delmarva Power** **P.O. Box 13609** **Philadelphia, PA 19101** | - | | | | | | | 0.00 |
| Account No. | | | | 2/18/11-3/3/11 Business debt | | | | |
| **DeWolf Warehouse & Storage** **2100 Byberry Road** **Philadelphia, PA 19116** | - | | | | | | | 3,500.00 |
| Account No. | | | | Business debt | | | | |
| **Diamond Drilling** **500-F Abbott Drive** **Broomall, PA 19008** | - | | | | | | | 750.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of              Subtotal          **699,531.13**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re __Converting Solutions, LP_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Business debt | | | | |
| DM Transportation Services P.O. Box 621 Boyertown, PA 19512 | - | | | | | | | 228.41 |
| Account No. | | | | 12/20/10-1/31/11 Business debt | | | | |
| Eastern Lift Truck Co. P.O. Box 307 Maple Shade, NJ 08052 | - | | | | | | | 10,310.65 |
| Account No. | | | | 11/23/10-1/3/11 Business debt | | | | |
| Edge Transportation 3200 Keystone Drive Telford, PA 18969 | - | | | | | | | 6,464.02 |
| Account No. | | | | Business debt | | | | |
| Englewood Company, Inc. 533 Abbott Drive Broomall, PA 19008 | - | | | | | | | 992.53 |
| Account No. | | | | 3/23/10-1/10/11 Business debt | | | | |
| Express Freight Systems 316 Monroe Street Carlstadt, NJ 07072 | - | | | | | | | 2,071.02 |

Sheet no. __4__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  20,066.63

In re   **Converting Solutions, LP** _____,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| EZ Automation 1102 Momentum Place Chicago, IL 60689 | - | | | | | | 392.50 |
| Account No. | | | 10/12/10-1/12/11 Business debt | | | | |
| Fastenal Company P.O. Box 1286 Winona, MN 55987 | - | | | | | | 14,805.86 |
| Account No. | | | 2/22/10-4/19/10 Business debt | | | | |
| Ferrell Gass P.O. Box 173940 Denver, CO 80217 | - | | | | | | 6,840.87 |
| Account No. | | | 4/15/10-1/31/11 Accounting Fees | | | | |
| Gable, Peritz, Mishkin, LLP 329 Norristown Road, Sutie 190 P.O. Box 917 Spring House, PA 19477 | - | | | | | | 24,575.00 |
| Account No. | | | 12/8/10-5/2/11 Business debt | | | | |
| Garmar Industries P.O. Box 460 1625 U.S. Highway 322 Woolwich Township, NJ 08085 | - | | | | | | 73,571.56 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        120,185.79

In re **Converting Solutions, LP**                                    Case No. _____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/6/11-5/6/11 Business debt | | | | |
| Gemini Building Systems 30 Lukens Drive, Suite B New Castle, DE 19720 | - | | | | | | 1,061.12 |
| Account No. | | | Business debt | | | | |
| Gitomer and Berenholz, P.C. 445 Shady Lane Huntingdon Valley, PA 19006 | - | | | | | | 625.00 |
| Account No. | | | 2/25/11-4/1/11 Business debt | | | | |
| Gray Trucking Co. 735 Broad Street Beverly, NJ 08010 | - | | | | | | 1,165.54 |
| Account No. | | | Business debt | | | | |
| Independent Disposal Sevices 014-IDS Delaware P.O. Box 580027 Charlotte, NC 28258 | - | | | | | | 439.09 |
| Account No. | | | Business debt | | | | |
| Industrial Solutions 1340 Zeppelin Avenue Manchester Township, NJ 08759 | - | | | | | | 348.77 |

Sheet no. __6__ of __15__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)                    | 3,639.52 |

In re   **Converting Solutions, LP**                                    Case No. _____
                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| J.M. Fox Associaets 616 DeKalb Street Norristown, PA 19401 | - | | | | | | | 765.00 |
| Account No. | | | | Business debt | | | | |
| James DeCrescenzo Reportion 1880 John F. Kennedy Blvd. 6th Floor Philadelphia, PA 19103 | - | | | | | | | 664.50 |
| Account No. | | | | Business debt | | | | |
| Jim Connolly 1508 Lucon Road Oreland, PA 19075 | - | | | | | | | 4,800.00 |
| Account No. | | | | 12/24/10-1/7/11 Business debt | | | | |
| Jo Jo's Express 10 Industrial Highway MS #21 Essington, PA 19029 | - | | | | | | | 6,645.00 |
| Account No. | | | | Business debt | | | | |
| Kirk & Blum P.O. Box 630202 Cincinnati, OH 45263 | - | | | | | | | 4,673.38 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 17,547.88

In re **Converting Solutions, LP**
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 4/5/10-6/29/10 Business debt | | | | |
| Liberty Tool 319T Westtown Road West Chester, PA 19382 | - | | | | | | | | 973.56 |
| Account No. | | | | | 10/28/09-11/20/09 Business debt | | | | |
| Mario Cotta America 10829 Millington Court Cincinnati, OH 45242 | - | | | | | | | | 637.00 |
| Account No. | | | | | 11/9/10-3/23/11 Business debt | | | | |
| Marquip Ward United 25238 Network Place Chicago, IL 60673 | - | | | | | | | | 48,762.03 |
| Account No. | | | | | Business debt | | | | |
| Matt Henning 2053 Edgehill Drive Furlong, PA 18925 | - | | | | | | | | 3,520.85 |
| Account No. | | | | | 10/20/10-12/20/10 Business debt | | | | |
| McCusker & Osborne P.O. Box 9001099 Louisville, KY 40290 | - | | | | | | | | 1,023.77 |

Sheet no. _8_ of _15_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     54,917.21

In re   **Converting Solutions, LP**                                                  Case No. _____

_____,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/30/08-6/22/09 Business debt | | | | |
| McMaster Carr Supply Co. P.Ol. Box 7690 Chicago, IL 60680 | - | | | | | | 1,448.29 |
| Account No. | | | Business debt | | | | |
| MHS Lift of Delaware P.O. Box 827043 Philadelphia, PA 19182 | - | | | | | | 1,482.79 |
| Account No. | | | 9/10/10-1/28/11 Business debt | | | | |
| Modern Handling Equipment P.O. Box 8500 (S-1880) Philadelphia, PA 19178 | - | | | | | | 5,273.52 |
| Account No. | | | Legal Fees | | | | |
| Morgan, Lewis & Bockius, LLP 1701 Market Street Philadelphia, PA 19103 | - | | | | | | 18,246.53 |
| Account No. 563700-03 | | | 3/27/11-4/27/11 Electric Bill | | | | |
| Muncipal Services Commission 216 Chestnut Street P.O. Box 208 New Castle, DE 19720 | | | | | | | 27,637.57 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     54,088.70

In re   **Converting Solutions, LP**                         ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Newtown Office Supply <br> 31 Friends Lane <br> Newtown, PA 18940 | - | | 3/4/10-4/22/10 <br> Business debt | | | | 1,673.50 |
| Account No. <br><br> Paper Soft <br> 241 Applegate Trace <br> Pelham, AL 35124 | - | | 9/1/09-5/1/11 <br> Business debt | | | | 42,990.00 |
| Account No. <br><br> Paratherm Corp. <br> 4 Portland Road <br> Conshohocken, PA 19428 | - | | Business debt | | | | 500.80 |
| Account No. <br><br> People's Capital & Leasing <br> 255 Bank Street, 4th Floor <br> Waterbury, CT 06702 | - | | 4/6/11-5/6/11 <br> Business debt | | | | 25,498.80 |
| Account No. <br><br> PGA Machine Co. <br> P.O. Box 171 <br> Crum Lynne, PA 19022 | - | | Business debt | | | | 680.00 |

Sheet no. <u>10</u> of <u>15</u> sheets attached to Schedule of                Subtotal        | 71,343.10

Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re    **Converting Solutions, LP**                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. 8000-4090-0352-7525<br><br>Pitney Bowes Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | | - | | | | 2/8/09-5/8/11<br>Business debt | | | | 1,528.81 |
| Account No.<br><br>Pitney Bowes, Inc.<br>P.O. Box 37186<br>Pittsburgh, PA 15250 | | - | | | | Business debt | | | | 216.32 |
| Account No.<br><br>Powell Engineering<br>P.O. Box 838<br>Oneonta, AL 35121 | | - | | | | Business debt | | | | 488.89 |
| Account No.<br><br>Pruyn Bearings Co.<br>1324-28 Frankford Avenue<br>Philadelphia, PA 19125 | | - | | | | 12/29/10-4/28/11<br>Business debt | | | | 881.80 |
| Account No.<br><br>R&R Transport, Inc.<br>234 West Broad Street<br>P.O. Box 668<br>Hatfield, PA 19440 | | - | | | | Business debt | | | | 1,700.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       **4,815.82**
(Total of this page)

In re   **Converting Solutions, LP**                                        Case No. _____
                                                                   ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Radwell International P.O. Box 822828 Philadelphia, PA 19182 | - | | | | | | | 879.22 |
| Account No. | | | | Judgment | | | | |
| Realty Associates Fund c/o Thomas D. Bielli, Esquire One Commerce Square, Suite 1930 2020 Market Street Philadelphia, PA 19103 | - | | | | X | X | X | 1,326,369.61 |
| Account No. | | | | Business debt | | | | |
| Recycling Equipment Corp. 831 West 5th Street Lansdale, PA 19446 | - | | | | | | | 3,196.32 |
| Account No. 517331 | | | | Business debt | | | | |
| Ricah Business Shystems P.O. Box 4245 Carol Stream, IL 60197 | - | | | | | | | 793.27 |
| Account No. 036-0016467-000 | | | | Business debt | | | | |
| Richa Corporation (QDS) 21146 Network Place Chicago, IL 60673 | - | | | | | | | 611.50 |

Sheet no. __12__ of __15__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)     | 1,331,849.92

In re   **Converting Solutions, LP**          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| River Road Trucking<br>1720 River Avenue<br>Camden, NJ 08105 | - | | | | | | 250.00 |
| Account No. | | | Business debt | | | | |
| Roto-Rooter<br>5672 Collectins Center Drive<br>Chicago, IL 60693 | - | | | | | | 1,829.52 |
| Account No. | | | 10/20/08-1/22/09<br>Business debt | | | | |
| Sales Master Corporation<br>87 Towpath Road<br>Fairless Hills, PA 19030 | - | | | | | | 10,124.31 |
| Account No. | | | Business debt | | | | |
| Scales Industreis Technologies<br>185 Lackawanna Avenue<br>Little Falls, NJ 07424 | - | | | | | | 7,395.00 |
| Account No. | | | Business debt | | | | |
| Schlumpf, Inc.<br>15 Enterprise Drive<br>Windham, ME 04062 | - | | | | | | 5,606.69 |

Sheet no. __13__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     25,205.52

In re   **Converting Solutions, LP** _____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Scully Propane Service**<br>P.O. Box 1333<br>Collingdale, PA 19023 | - | | | Business debt | | | | 5,517.00 |
| Account No.<br><br>**SOS Service**<br>P.O. Box 509<br>Angola, IN 46703 | - | | | 7/23/09-5/78/10<br>Business debt | | | | 7,259.71 |
| Account No.<br><br>**Superior Industrial Products**<br>404 Melrose Avenue<br>Nashville, TN 37211 | - | | | Business debt | | | | 297.15 |
| Account No.<br><br>**Three B Transportation**<br>P.O. Box 1037<br>Havertown, PA 19083 | - | | | Business debt | | | | 5,550.00 |
| Account No.<br><br>**Tidland Corporation**<br>4276 Solutions Center<br>Chicago, IL 60677 | - | | | Business debt | | | | 1,980.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   |   20,603.86

In re **Converting Solutions, LP**                                    Case No. _____

_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/23/10-4/11/11 Business debt | | | | |
| Tri-State Data Products P.O. Box 473 Richboro, PA 18954 | | - | | | | | 2,342.42 |
| Account No. | | | Business debt | | | | |
| Valley Grinding & Mfg. P.O. Box 246 Little Chute, WI 54140 | | - | | | | | 4,261.01 |
| Account No. | | | Telephone | | | | |
| Verizon P.O. Box 28000 Lehigh Valley, PA 18002 | | - | | | | | 806.03 |
| Account No. | | | Business debt | | | | |
| W.B. Mason Company P.O. Box 55840 Boston, MA 02205 | | - | | | | | 1,277.39 |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 8,686.85 |
| Total (Report on Summary of Schedules) | 2,585,869.19 |

In re     **Converting Solutions, LP**              Case No. _____

                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Centerpoint 550,LLC**<br>**1201 North Market Street**<br>**Suite 500**<br>**Wilmington, DE 19801** | **Lease on Premises: 700 Centerpoint Boulevard,**<br>**New Castle, DE 19720**<br>**Monthly payment: $13,150.00** |

 

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Converting Solutions, LP**                     Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darryl W. Cutler**<br>**c/o Converting Solutions**<br>**700 Centerpoint Boulevard**<br>**New Castle, DE 19720** | **Firstrust Bank**<br>**1931 Cottman Avenue**<br>**Philadelphia, PA 19111** |
| **Darryl W. Cutler**<br>**c/o Converting Solutions, Inc.**<br>**700 Cenerpoint Boulevard**<br>**New Castle, DE 19720** | **Delaware Economic Development Office**<br>**99 Kings Highway**<br>**Dover, DE 19901** |
| **Eric Seltzer**<br>**c/o Converting Solutions, Inc.**<br>**700 Centerpoint Boulevard**<br>**New Castle, DE 19720** | **Firstrust Bank**<br>**1931 Cottman Avenue**<br>**Philadelphia, PA 19111** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

In re    __Converting Solutions, LP__ _____

_____  Case No.  _____
Debtor(s)                Chapter    __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of Conex Executive, LLC, General Partner of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __7 | 4 | 2011__ _____     Signature _____

                                               **Eric Seltzer**
                                               **President of Conex Executive, LLC, General Partner**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.