B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    Converting Solutions, LP             Case No.    11-12122
                                        Debtor(s)         Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&A Machinery<br>201 Dean Sievers Place<br>Morrisville, PA 19067 | A&A Machinery<br>201 Dean Sievers Place<br>Morrisville, PA 19067 | Business debt | | 13,998.91 |
| Accurate Concrete Cutting<br>76 Holton Street<br>Woburn, MA 01801 | Accurate Concrete Cutting<br>76 Holton Street<br>Woburn, MA 01801 | Business debt | Disputed | 34,500.00 |
| American Packaging<br>300 S. Pennell Road<br>Suite 100<br>Glen Riddle Lima, PA 19037 | American Packaging<br>300 S. Pennell Road<br>Suite 100<br>Glen Riddle Lima, PA 19037 | Business debt | | 7,478.31 |
| Centerpoint 550, LLC<br>1201 North Market Street<br>Suite 400<br>Wilmington, DE 19801 | Centerpoint 550, LLC<br>1201 North Market Street<br>Suite 400<br>Wilmington, DE 19801 | | | 13,150.00 |
| Cohen,Segalis,Pallass, Greenhall &<br>Furman, P.C.<br>30 South 17th Street<br>Philadelphia, PA 19103 | Cohen,Segalis,Pallass, Greenhall & Furman, P.C.<br>30 South 17th Street<br>Philadelphia, PA 19103 | Legal Fees | Disputed | 62,384.43 |
| DCI<br>Justin K. Miller, Esquire<br>Center Square West<br>1500 Market Street, Suite 3510<br>Philadelphia, PA 19102 | DCI<br>Justin K. Miller, Esquire<br>Center Square West<br>Philadelphia, PA 19102 | Business debt | Contingent<br>Unliquidated<br>Disputed | 694,250.00 |
| Eastern Lift Truck Co.<br>549 E. Linwood Avenue<br>Maple Shade, NJ 08052 | Eastern Lift Truck Co.<br>549 E. Linwood Avenue<br>Maple Shade, NJ 08052 | Business debt | | 10,310.65 |
| Fastenal Company<br>2001 Theurer Boulevard<br>Winona, MN 55987 | Fastenal Company<br>2001 Theurer Boulevard<br>Winona, MN 55987 | Business debt | | 14,805.86 |
| Gable, Peritz, Mishkin, LLP<br>329 Norristown Road, Sutie 190<br>P.O. Box 917<br>Spring House, PA 19477 | Gable, Peritz, Mishkin, LLP<br>329 Norristown Road, Sutie 190<br>P.O. Box 917<br>Spring House, PA 19477 | Accounting Fees | | 24,575.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Garmar Industries<br>P.O. Box 460<br>1625 U.S. Highway 322<br>Woolwich Township, NJ 08085 | Garmar Industries<br>P.O. Box 460<br>1625 U.S. Highway 322<br>Woolwich Township, NJ 08085 | Business debt | | 73,571.56 |
| Internal Revenue Service<br>600 Arch Street, Room 5200<br>Philadelphia, PA 19106 | Internal Revenue Service<br>600 Arch Street, Room 5200<br>Philadelphia, PA 19106 | Unpaid taxes | | 15,098.01 |
| Marquip Ward United<br>25238 Network Place<br>Chicago, IL 60673 | Marquip Ward United<br>25238 Network Place<br>Chicago, IL 60673 | Business debt | | 48,762.03 |
| Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | Legal Fees | | 18,246.53 |
| Muncipal Services Commission<br>216 Chestnut Street<br>P.O. Box 208<br>New Castle, DE 19720 | Muncipal Services Commission<br>216 Chestnut Street<br>P.O. Box 208<br>New Castle, DE 19720 | Electric Bill | | 27,637.57 |
| Paper Soft<br>241 Applegate Trace<br>Pelham, AL 35124 | Paper Soft<br>241 Applegate Trace<br>Pelham, AL 35124 | Business debt | | 42,990.00 |
| People's Capital & Leasing<br>255 Bank Street, 4th Floor<br>Waterbury, CT 06702 | People's Capital & Leasing<br>255 Bank Street, 4th Floor<br>Waterbury, CT 06702 | Business debt | | 25,498.80 |
| Realty Associates Fund<br>c/o Thomas D. Bielli, Esquire<br>One Commerce Square, Suite 1930<br>2020 Market Street<br>Philadelphia, PA 19103 | Realty Associates Fund<br>c/o Thomas D. Bielli, Esquire<br>One Commerce Square, Suite 1930<br>Philadelphia, PA 19103 | Judgment | Contingent<br>Unliquidated<br>Disputed | 1,326,369.61 |
| Sales Master Corporation<br>87 Towpath Road<br>Fairless Hills, PA 19030 | Sales Master Corporation<br>87 Towpath Road<br>Fairless Hills, PA 19030 | Business debt | | 10,124.31 |
| Scales Industreis Technologies<br>185 Lackawanna Avenue<br>Little Falls, NJ 07424 | Scales Industreis Technologies<br>185 Lackawanna Avenue<br>Little Falls, NJ 07424 | Business debt | | 7,395.00 |
| SOS Service<br>360 N. Hetzler Ct.<br>Angola, IN 46703 | SOS Service<br>360 N. Hetzler Ct.<br>Angola, IN 46703 | Business debt | | 7,259.71 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Conex Executive, LLC, General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 8, 2011                           Signature  /s/ Eric Seltzer
                                                        Eric Seltzer
                                                        President of Conex Executive, LLC, General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.